FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAY 07 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANTHONY R. J. BROWN,

            Plaintiff,

  -against-

NASSAU COUNTY SHERIFF DEPT., et al.,

           Defendants.
----------------------------------------------------------X

ORDER
12-CV-1952 (SJF)(WDW)

FEUERSTEIN, District Judge:

Pursuant to the Court's February 13, 2012 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, Anderson, et al. v. Sposato, et al., 11-CV-5663 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order and the Order of Consolidation to the pro se plaintiff at his last known address.

            SO ORDERED.

            s/ Sandra J. Feuerstein

            Sandra J. Feuerstein
            United States District Judge

Dated: May 7, 2012
       Central Islip, New York